David Henderson
Law Offices of David Henderson
30003 Minnesota Drive, Suite 203
Anchorage, AK 99503
Phone: 907-677-1234
Fax: 888-965-9338
dh@henderson-law.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KISSANDRA LAWRENCE and KODY LAWRENCE, Individually, and as parents and next friends on behalf of D. S., their Minor Child. | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. _____ |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) ) |
| _____ | ) |

## **COMPLAINT**

COME NOW PLAINTIFFS, by and through counsel, and for their cause of action against Defendant UNITED STATES of AMERICA, state and allege as follows:

1.  At all times relevant, Plaintiffs were residents of Joint Base Elmendorf-Richardson, Alaska.

2.  At all times relevant, Plaintiffs Kissandra Lawrence [Kissandra] and Kody Lawrence [Kody] were and are validly married as husband and wife.

LAW OFFICES OF DAVID HENDERSON
3003 Minnesota Drive, Suite 203
Anchorage, Alaska 99503
Phone: (907) 677-1234
Fax: (888) 965-9338
dh@henderson-law.com

3. At all times relevant, D.S., a Minor, [D.S] was and is the child of Kissandra and Kody.

4. This cause of action arises under the Federal Tort Claims Act 28 U.S.C. §§ 1346, 2401, and 2671 *et seq.*, and Alaska law.

5. At all times relevant, Captain Eric Salinas, PA-C, [hereinafter Capt. Salinas] was a Certified Physician's Assistant [PA-C], practicing at the Joint Base Elmendorf-Richardson [JBER], 673rd Medical Group [673rd], in JBER, Alaska (near Anchorage, Alaska).

6. Upon information and belief, Capt. Salinas, and all other JBER staff medical care providers who treated and/or administered subject care to D.S. referenced herein, were acting as employees or agents of the United States of America.

7. Each of Defendant's employees and/or agents who treated D.S. were acting within the scope of their employment and/or agency at the time of the events described herein.

8. More than six months ago, Plaintiffs submitted an Administrative Claim for the medical malpractice alleged herein, on Standard Form 95, to the appropriate federal agency.

9. The agency has denied the claim, either expressly or by failing to make a final disposition of it within six months, as contemplated by 28 U.S.C. § 2675.

10. On July 4, 2019, D.S. was injured while riding a "Magic Carpet Ride" at the Alaska State Fair in Palmer, Alaska.

11. The same day, D.S. presented to the JBER Medical Clinic ER. He was examined and x-rayed and then diagnosed by Capt. Javier Cifuentes, M.D, with a non-displaced spiral fracture of the shaft of the right tibia and was placed in a splint.

COMPLAINT
*Lawrence, et al. v. United States of America*                                    Page **2** of **4**

LAW OFFICES OF DAVID HENDERSON
3003 Minnesota Drive, Suite 203
Anchorage, Alaska 99503
Phone: (907) 677-1234
Fax: (888) 965-9338
dh@henderson-law.com

12. On July 5, 2019, a cast was applied to D.S.'s leg at the JBER Clinic.

13. On July 11, 2019, D.S. returned to JBER for a follow-up appointment with Capt. Salinas.

14. Capt. Salinas reviewed x-rays and concluded that they showed that the cast material was too close to D.S.'s skin.

15. Capt. Salinas made the decision to remove the cast and apply a new one.

16. During the course of his removal of D.S.'s cast with a cast saw, Capt. Salinas seriously burned D.S.'s leg with the saw.

17. As a direct and proximate result of Capt. Salinas's actions and/or inactions, D.S. sustained first- and second-degree burns, as well as abrasions and cuts, to his mid-thigh, medially and laterally, that extended down his leg, ending at his ankle, bilaterally.

## CAUSES OF ACTION - NEGLIGENCE, RECKLESSNESS

18. At all times pertinent, Capt. Salinas was a PA-C and was practicing under that certification in performing the above-referenced procedures, including on July 11, 2019, when he burned D.S.'s leg with the cast saw.

19. Capt. Salinas breached the applicable standards of care with the proximate result that Plaintiffs have sustained significant injuries and damages, and were therefore, negligent.

20. Capt. Salinas's oversights, errors, and omissions included, but were not limited to: a) failure to use the proper procedure in removing the cast; b) failure to maintain and have a sharp cast saw blade; c) improper use of the cast saw in removing the cast, including, but no limited to, getting too close to D.S.'s skin upon cast removal.

COMPLAINT
*Lawrence, et al. v. United States of America*                     Page **3** of **4**

21. Said oversights, errors, and omissions of Capt. Salinas, directly and proximately caused each of the Plaintiffs to incur economic- and non-economic losses and damages including those enumerated in AS 09.55.549(a) – (h).

22. Said oversights, errors, and omissions of Capt. Salinas, also caused Kissandra and Kody to suffer a loss of consortium.

WHEREFORE, Plaintiffs pray for judgment as follows:

1) Compensatory damages, as alleged;

2) Costs and attorney's fees, as appropriate;

3) Any other relief the court may deem just and proper.


DATED this 28th day of July, 2020, at Anchorage, Alaska.

LAW OFFICES OF DAVID HENDERSON
Attorney for Plaintiffs


s/ David Henderson
David Henderson  #9806014

LAW OFFICES OF DAVID HENDERSON
3003 Minnesota Drive, Suite 203
Anchorage, Alaska  99503
Phone: (907) 677-1234
Fax: (888) 965-9338
dh@henderson-law.com

COMPLAINT
*Lawrence, et al. v. United States of America*                    Page **4** of **4**